## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| Lorna A. Woodall, | ) | |
|     Plaintiff, | ) | Case No: 14 cv 50377 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Rehabcare, | ) | |
|     Defendants. | ) | |

## **ORDER**

      Status hearing held on 6/4/2015. Plaintiff did not appear. Plaintiff filed her complaint on 12/31/2014, but she has failed to serve the defendant or file an initial status report as directed by the Court. Based upon Plaintiff's failure to appear, retain counsel to appear on her behalf or inform the Court of her inability to appear at today's status hearing, it is this Court's Report and Recommendation that this case be dismissed for want of prosecution. Any objection to this order must be filed by 6/22/2015.

(:02)

Date:  June 4, 2015                                        /s/ Iain D. Johnston