IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Lorna A. Woodall, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14 C 50377 |
| | ) | |
| vs. | ) | |
| | ) | |
| Rehabcare, | ) | |
| | ) | Judge Philip G. Reinhard |
| Defendant. | ) | |

## ORDER

    On June 4, 2015, Magistrate Judge Johnston entered a report and recommendation [5] recommending that this case be dismissed for want of prosecution. No objection has been filed. The court has reviewed the record and accepts the report and recommendation. Plaintiff, pro se, filed a complaint on December 31, 2014 and summons was issued for defendant on that date. Plaintiff has taken no further action in this matter. She has not served the defendant with the summons and complaint. She did not file an initial status report by 5/29/2015 as ordered by the magistrate judge [4]. Plaintiff failed to appear at the initial status hearing set before the magistrate judge. Based on the report and recommendation of the magistrate judge, this case is dismissed for want of prosecution.

Date: 6/23/2015                            ENTER:

                                                                      _____
                                                                       United States District Court Judge

                                                                Notices mailed by Judicial Staff. (LC)